**Order entered April 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-12-00380-CV

## IN THE INTEREST OF C.M., A CHILD,

**On Appeal from the 303rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-09-12986**

## ORDER

Appellant's brief in this case was due on March 27, 2013. On March 28, 2013, appellant tendered her brief to the Court. By postcard dated the same day, we notified appellant that her brief had been received but had not been filed because the brief had been tendered to the Court after the due date. We directed appellant to file an extension motion within ten days so that the Court could consider the brief. To date, appellant has not filed an extension motion. Further, after reviewing the brief appellant tendered to the Court, we have determined it does not meet the general requirements of rule 38 of the Texas Rules of Appellate Procedure.

Accordingly, appellant is **ORDERED** to file, within ten days of the date of this order, both (1) an amended brief that complies with Texas Rule of Appellate Procedure 38.1, and (2) an extension motion that complies with Texas Rule of Appellate Procedure 10.1(a) and 10.5(b). We expressly **CAUTION** appellant that if the amended brief and extension motion are not timely

filed, the appeal will be dismissed. *See* TEX. R. APP. P. 38.8(a)(1).

/s/    CAROLYN WRIGHT
        CHIEF JUSTICE